UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                  :
BRIAN HAMILTON,                   :
                                  :
            Plaintiff,            :    Civ. No. 16-0064 (NLH)
                                  :
      v.                          :    OPINION and ORDER
                                  :
HON. MARY EVA COLALILLO, et al.,  :
                                  :
            Defendants.           :
_____:


APPEARANCES:
Brian Hamilton, #4304162
Camden County Correctional Facility
P.O. Box 90431
330 Federal St.
Camden, NJ 08101
      Plaintiff Pro se


      Plaintiff Brian Hamilton, an inmate currently confined at

the Camden County Correctional Facility in Camden, New Jersey,

brings this civil rights action pursuant to 42 U.S.C. § 1983 and

submits an application to proceed in forma pauperis.  The Court

finds that Plaintiff has submitted a complete application to

proceed in forma pauperis and grants leave to proceed without

prepayment of fees.  See 28 U.S.C. § 1915.  This case is subject

to sua sponte screening by the Court, and the Complaint will be

screened in due course.  See 28 U.S.C. §§ 1915(e)(2)(B); see also

28 U.S.C. § 1915A; 42 U.S.C. § 1997e.

      IT IS therefore on this  12th   day of  January  , 2016,

ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED; and it is further

ORDERED that the Clerk of the Court shall file the Complaint; and it is further

ORDERED that SUMMONS SHALL NOT ISSUE, at this time, as the Court's sua sponte screening has not yet been completed; and it is further

ORDERED that that the time to serve process under FED. R. CIV. P. 4(m) shall not begin to run until the date the Court permits the Complaint to proceed; and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(b) and for purposes of account deduction only, the Clerk shall serve a copy of this Order by regular mail upon the Attorney General of the State of New Jersey and the warden of the Camden County Correctional Facility; and it is further

ORDERED that Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation, meaning that if the Court dismisses the case as a result of its sua sponte screening, or Plaintiff's case is otherwise administratively terminated or closed, § 1915 does not suspend installment payments of the filing fee or permit refund to the prisoner of

the filing fee, or any part of it, that has already been paid;
and it is further

ORDERED that pursuant to Siluk v. Merwin, 783 F.3d 421 (3d
Cir. 2015), as amended (Apr. 21, 2015), as amended (Apr. 28,
2015), if Plaintiff owes fees for more than one court case,
whether to a district or appellate court, under the Prison
Litigation Reform Act (PLRA) provision governing the mandatory
recoupment of filing fees, Plaintiff's monthly income is subject
to a single, monthly 20% deduction, "and the cases and/or
appeals that an inmate has filed [sha]ll be paid off
sequentially," Siluk, 783 F.3d at 426 (emphasis in original);
i.e., the first-filed case shall be paid off in full, then the
second-filed case, etc., until all fees have been paid in full;
and it is further

ORDERED that, with respect to this case, when Plaintiff's
fees become ripe for payment in accordance with Siluk, in each
month that the amount in Plaintiff's account exceeds $10.00,
until the $350.00 filing fee is paid, the agency having custody
of Plaintiff shall assess, deduct from Plaintiff's account, and
forward to the Clerk of the Court payment equal to 20% of the
preceding month's income credited to Plaintiff's account,
pursuant to 28 U.S.C. § 1915(b)(2) and each payment shall
reference the civil docket number of this action; and it is
further

ORDERED that the Clerk of the Court shall provide a copy of this Order to Plaintiff via regular U.S. mail.

_____s/ Noel L. Hillman_____
NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey